UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**GODFREY CADOGAN,**

    Plaintiff,

                                                              Civil No.**09-10243**
                                                              Hon. John Feikens

    v.

**UNITED STATES OF AMERICA, et al**,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on **4/16/2009**, and the objections by Plaintiff filed on 5/5/2009; and

**IT IS ORDERED** that the Report is ADOPTED and entered as the findings and conclusions of this court.

                                                        **s/John Feikens**
                                                        John Feikens
                                                       United States District Judge

Dated:  May 22, 2009

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 22, 2009.<br><br>s/Carol Cohron<br>Deputy Clerk |